MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>   )<br>RAMIN BIBIAN,   )<br>   )<br>   Defendant.   )<br>_____ ) | No. CR 12-00617 RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>SEPTEMBER 25, 2012, TO NOVEMBER<br>13, 2012. |

The defendant, Ramin Bibian, represented by David Kettel, and the government, represented by Michelle J. Kane, Assistant United States Attorney, appeared before the Court on September 25, 2012, for a status hearing. The parties represented that discovery was in progress. Defense counsel requested a continuance of the matter.

The matter was continued to November 13, 2012, at 2:30 pm for a further status conference. Counsel for both parties requested that time be excluded under the Speedy Trial Act between September 25, 2012, and November 13, 2012, because counsel for defendant needed time to review the discovery and to conduct necessary investigation.

The parties therefore stipulate to the following:

1. Exclusion of time is necessary under the Speedy Trial Act to allow defense counsel

ORDER EXLUDING TIME
Case No. CR 12-00617 RS

1  adequate time to investigate issues in the case, taking into account the exercise of due diligence;

2      2. The ends of justice served by excluding the period from September 25, 2012, to
3  November 13, 2012, from Speedy Trial act calculations outweigh the interests of the public and
4  Defendant in a speedy trial by allowing time for the defense to effectively prepare the case.

5  IT IS SO STIPULATED.

6  Dated: October 3, 2012                    MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
9                                             MICHELLE J. KANE
                                              Assistant United States Attorney

11
12 Dated: October 3, 2012                    _____/s/_____
                                              DAVID A. KETTEL
                                              Counsel for Ramin Bibian

14                    **[PROPOSED] ORDER**

15     Based upon the representation of counsel in court, the written stipulation, and for good
16 cause shown, the Court finds that failing to exclude the time between September 25, 2012, and
17 November 13, 2012, would unreasonably deny the defendant continuity of counsel and would
18 deny counsel the reasonable time necessary for effective preparation, taking into account the
19 exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of
20 justice served by excluding the time between September 25, 2012, and November 13, 2012, from
21 computation under the Speedy Trial Act outweigh the best interests of the public and the
22 defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between
23 September 25, 2012, and November 13, 2012, shall be excluded from computation under the
24 Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

25 IT IS SO ORDERED.

26 DATED: _10/3/12_____           _____/s/ Richard Seeborg_____
                                        RICHARD SEEBORG
                                        United States District Judge

ORDER EXLUDING TIME
Case No. CR 12-00617 RS            -2-