MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5061
  FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00617 RS |
| Plaintiff, | |
| v. | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| RAMIN BIBIAN, | |
| Defendant. | SAN JOSE VENUE |

On November 13, 2012, the undersigned parties appeared before the Court for a status hearing. Assistant United States Attorney Susan Knight informed the Court that the parties are working towards a resolution and requested that a change of plea hearing be scheduled for December 4, 2012. David Kettel, who represents the defendant, requested an exclusion of time under the Speedy Trial Act from November 13, 2012 through December 4, 2012 in order to review discovery. The government has provided voluminous discovery, including thousands of pages of bank records. The parties agree and stipulate that an exclusion of time is appropriate

//

based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 11/13/12                   _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney


DATED: 11/13/12                   _____/s/_____
                                  DAVID A. KETTEL
                                  Counsel for Ramin Bibian


### **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from November 13, 2012 through December 4, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 11/15/12                   _____
                                  RICHARD SEEBORG
                                  United States District Judge