KATTEN MUCHIN ROSENMAN LLP
David A. Kettel, SBN 125745
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Email: david.kettel@kattenlaw.com

Attorneys for Defendant RAMIN BIBIAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: CR 12-00617-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING FROM MARCH 19, 2013 TO APRIL 9, 2013** |
| vs. | |
| RAMIN BIBIAN, | |
| Defendant. | |

Defendant Ramin Bibian ("Bibian"), by and through his attorney of record David A. Kettel, and Plaintiff United States of America, by and through its attorney of record Assistant United States Attorney Michelle Kane, hereby stipulate as follows:

1. The indictment in this case was returned on August 16, 2012. (Dkt. No. 1).

2. On December 18, 2012, Bibian pleaded guilty to Count One of the indictment charging Bibian with Transfer of False Identification documents in violation of 18 U.S.C. §§ 1028(a)(2) and (b)(1)(A)(ii). (Dkt No. 18).

3. Sentencing is currently scheduled for March 19, 2013, and February 1, 2013 is the last day to submit to the Probation Officer any materials to consider for the Presentence Report.

4. Attorney Alan Ellis was originally planning to accompany Bibian during his interview with the Probation Officer and also to submit any relevant materials to the Probation Officer. Due to circumstances beyond his control, Mr. Ellis is no longer able to do these things. Accordingly, Bibian and his counsel require additional time to prepare for sentencing.

5. The government does not object to a continuance of the Sentencing Hearing from March 19, 2013 to April 9, 2013. Bibian's counsel has also spoken with U.S. Probation Officer Sara Rizor Black and she does not object to the requested continuance. Finally, Bibian's counsel has been advised by Courtroom Deputy Corinne Lew that the court is available on April 9, 2013.

For the foregoing reasons, the parties hereby stipulate and request that the Court continue Bibian's sentencing in this matter from March 19, 2013 to April 9, 2013.

IT IS SO STIPULATED.

Dated: January 30, 2013      **KATTEN MUCHIN ROSENMAN LLP**

By: /s/
David A. Kettel
Attorneys for Defendant RAMIN BIBIAN

Dated: January 30, 2013      MELINDA HAAG
United States Attorney

By: /s/
Michelle Kane
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For good cause shown, the Court HEREBY ORDERS that the sentencing of Ramin Bibian be continued from March 19, 2013 to April 9, 2013.

IT IS SO ORDERED.

Dated: 1/31/13

_____
RICHARD SEEBORG
United States District Judge