STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BIBIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0617 RS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER CONTINUING HEARING |
| ) | |
| RAMIN BIBIAN, ) | Honorable Richard Seeborg |
| ) | |
| Defendant. ) | |

1  The next appearance in the above-captioned matter was previously set for Tuesday, September
2  17, 2013, at 2:30 p.m. for a status hearing.  However, undersigned counsel for Mr. Bibian, who was
3  just appointed to represent him today, will be of the district that week.  Accordingly, the parties
4  stipulate and jointly request that the hearing be continued one week to Tuesday, September 24, 2013,
5  at 2:30 p.m.
6  IT IS SO STIPULATED.

                    MELINDA HAAG
                    United States Attorney

DATED:  9/6/13                _____/s/_____
                                     SUSAN KNIGHT
                                     Assistant United States Attorney

DATED:  9/6/13                _____/s/_____
                                     DANIEL P. BLANK
                                     Assistant Federal Public Defender
                                     Attorney for Ramin Bibian

IT IS SO ORDERED.

DATED:  9/12/13               _____
                                     RICHARD SEEBORG
                                     United States District Judge